## 4408. KEEFER v. PINION.

HILL, C. J. Where there had been a verdict in favor of the plaintiff on a previous trial, and a judgment entered thereon, and on the second trial the court, in compliance with the request of defendant's counsel, had the previous verdict covered over, so that it could not be seen by the jury, but omitted to have the previous judgment also covered over and concealed, the omission to cause the latter to be done does not constitute ground for another trial, especially when no request was made to cover over or conceal from the view of the jury the judgment previously entered, and the second verdict for the plaintiff was strongly supported by the evidence, and no error of law other than the one above indicated is complained of.       *Judgment affirmed.*

DECIDED DECEMBER 10, 1912.

Foreclosure of lien; from city court of Atlanta—Judge Calhoun. May 30, 1912.

*Etheridge & Etheridge, Alvin L. Richards,* for plaintiff in error. *Daley & Chambers,* contra.

---

## 4415. FUSSELL v. THE STATE.

HILL, C. J. The act of 1907 creating the city court of Fitzgerald (Acts 1907, p. 157), as amended by the act of 1910 (Acts 1910, p. 175), section 1, provides that "the court shall hold twelve terms per year, on the fourth Monday in each month, the terms convening on the fourth Monday in August, November, February and May to be known as quarterly terms. The jurisdiction of the court shall be the same at all terms, monthly and quarterly, and the judge may, in his discretion, hold adjourned or special terms of said court whenever the business so demands. Any term of the court may be adjourned from day to day and time to time in a similar manner as superior courts in this State are adjourned." Under this act the judge of the city court of Fitzgerald has authority to adjourn the May quarterly term at any time before the next quarterly term; and this is true although the quarterly term is adjourned to a date later than the next monthly term.       *Judgment affirmed.*

DECIDED DECEMBER 10, 1912.

Accusation of larceny; from city court of Fitzgerald—Judge Wall. October 2, 1912.

*Elkins & Wall,* for plaintiff in error.
*Alexander J. McDonald, solicitor,* contra.